IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID E. ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 321-009 |
| | ) |
| TIM WARD, Commissioner; DIRECTOR | ) |
| SHEPPARD; JERMAINE WHITE, Warden; | ) |
| DEPUTY WARDEN WICKER; DEPUTY | ) |
| WARDEN KEITH; and DEPUTY WARDEN | ) |
| BEASLEY, | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 18th day of May, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE